## TARPENNING *et al.* v. COMPTON.

No. 4881.    Opinion Filed September 7, 1915.

(151 Pac. 681.)

**APPEAL AND ERROR—Case-Made—Dismissal on Appeal.** Where the record fails to show that the case-made was filed in the trial court, an attempted appeal will be dismissed.

(Syllabus by Crow, C.)

*Appeal from District Court, Oklahoma County;*
*W. R. Taylor, Judge.*

Action by Mrs. O. C. Tarpenning and others against Kate S. Compton. Judgment for defendant, and plaintiffs bring error. Dismissed.

*Harris, Nowlin & Singleton*, for plaintiffs in error.

Opinion by CROW, C. The record in this cause fails to show that the case-made was filed in the trial court. For this reason the appeal must be dismissed. Plaintiffs in error fail to assign as error the overruling of their motion for new trial in the court below, and, it being necessary to review the evidence in order to consider the appeal, this of itself would justify a dismissal. However, the first reason given herein necessitates a dismissal of the appeal.

We recommend that the appeal be dismissed.

By the Court: It is so ordered.